UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
:
:
UNITED STATES OF AMERICA, :
:
v. : Case No. 22-cr-560 (CS)
:
FRANK BUTSELAAR, :
:
Defendant. :
:
:
------------------------------------- x

PLEASE TAKE NOTICE, that upon the annexed affirmation of Kerry A. Lawrence, Esq., and the exhibits and memorandum of law, the undersigned will move this Court, before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York, 300 Quarroppas Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to U.S. Const. Amend. VI, Fed. R. Crim. P. 12, and Local Rule 6.2, dismissing the Indictment in the above-captioned matter, and granting such further relief as the Court deems just and proper.

Dated: White Plains, New York
       May 31, 2024

_____
Kerry A. Lawrence

Kerry Lawrence
Law Office of Kerry Lawrence PLLC
140 Grand Street, Suite 705
White Plains, NY 10601
(914) 946-5900
kerry@kerrylawrencelaw.com

Diane Fischer
Law Office of Diane Fischer
421 Degraw Street
Brooklyn, New York 11217
(646) 872-3505
diane@dianefischerlaw.com

*Attorneys for Defendant Frank Butselaar*