UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.

FRANK BUTSELAAR,

     *Defendant*.

No. 22 Cr. 560 (CS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samidh Guha of Guha PLLC, an attorney duly admitted to practice before this Court, hereby enters his appearance as counsel on behalf of Defendant Frank Butselaar in the above-captioned action.

Dated: September 5, 2024
     New York, New York

Respectfully submitted,

*/s/ Samidh Guha*
Samidh Guha (No. 2962199)
GUHA PLLC
1740 Broadway, 15th Floor
New York, New York 10019
Telephone: (212) 399-8350
Email: sguha@guhapllc.com

*Attorney for Defendant Frank Butselaar*