# EXHIBIT B

| Date | From | To | Excerpt of Message | GX |
|---|---|---|---|---|
| 02/26/2013 | Howitt | Butselaar; van Spaendonck | "Are you now in position to provide the details of the Charity or charities to be added as beneficiary and have you now received the definitive advice from your US colleagues that simply removing Tijs as a beneficiary, whilst still being the Settlor, will avoid any US tax issues during his period of US tax residence?" | H-38 |
| 01/30/2014 | Howitt | van Spaendonck | "[E]arlier last year, Tijs was formally removed as a beneficiary of the Trust and was replaced by a charity beneficiary of his choice, being Stichting Elements of Life. . . . [W]e would strongly recommend that at least an annual distribution is made from the trust to the charity even if only a nominal amount is paid. Can you please consider this, and having discussed matters with Tijs, let me know his wishes in this respect. We would recommend a distribution once a year whilst no other beneficiaries are appointed." | H-77 |
| 04/14/2014 | Howitt | van Spaendonck (Butselaar copied into chain) | "As trustees, we would strongly recommend that a (at least a nominal) distribution is made to this Charity annually. It was based on advice that Tijs was removed and the Charity was added as a beneficiary and therefore it would make sense topay such a distribution. Please consider this and let me have your thoughts as soon as possible. I am copying Frank and would welcome his comments." | H-77 |
| 04/30/2014 | Butselaar | Howitt | "I had a call with Alexander. We were wondering what will happen if we don't make a distribution?" | H-78 |
| 04/30/2014 | Howitt | Butselaar | "The fact is there is a Charity now as the only formal beneficiary . . . . My understanding is that this restructuring was done as part of US tax planning for Tijs. In effect, this is currently seen as a charitable trust but is likely to become a trust for family and quite possibly charity in the future, as per the letter of wishes. On that basis, it would make complete sense for the trustees to consider making at least an annual distribution to this charity, and I am only suggesting a nominal amount. . . . I suppose the worst case scenario is that Tijs has some form of US tax investigation and the tax authorities make enquiries of his affairs and the trust structure. If, during the investigations, Tijs states that he is not a beneficiary but rather it is a trust set up to benefit a charity, I guess the next question to him could be 'so we assume that this charity has received distributions from the trust.' If the answer to that question is 'no,' then that could lead to further difficult questions and potentially tax problems for Tijs in US? The Authorities might try to argue that the charity is not really a beneficiary but was only added to try to avoid US taxes. This is only a suggestion (and not advice) and of course independent advice should be taken but if a distribution is not to be made, I would have to ask the question what was the actual point in removing Tijs and replacing him with a charity in the first place?" | H-78 |
| 03/12/2015 | Howitt | Note to File | "On Tuesday 10th March I met with Frank Butselaar and Alexander Van Spandonck at the offices of Intertrust London. . . . I was asked by Frank as to what is actually reported by us for FATCA purposes and I could not give him the answer. Tijs is removed as a beneficiary and that may have a bearing on the information reported. . . . Frank asked whether it would be possible for the Trustees of The Safe From Harm Trust to settle a new trust and whether that would make any difference to the reporting on the basis that Tijs would not be the settlor of that Trust. Again I could not answer that question but my view would be it was probably unlikely because if that did solve that problem then surely every client would do the same which they did acknowledge. . . . I then raised the issue of the fact that the only current named beneficiary is the Charity Stichting Elements of Life but despite that being the only beneficiary for a couple of years we had never made a distribution to it despite me recommending that should happen. Both Alexander and Frank agreed that a regular distribution should be paid as this may assist if there is any IRS enquiry." | H-87 |
| 06/04/2015 | Howitt | Butselaar; van Spaendonck | "[W]e are now able to proceed with making a distribution to Stichting Elements of Life as discussed at a meeting earlier this year. At that meeting, it was suggested that we make a distribution now of EUR30k with an annual distribution of EUR10k thereafter although Alexander, you were going to discuss this with Tijs." | H-94 |

| Date | From | To | Excerpt of Message | GX |
|---|---|---|---|---|
| 07/30/2015 | Howitt | van Spaendonck; Butselaar | "[D]espite agreeing to do so, we have not yet arranged any distribution to Stichting Elements of Life. You were going to agree the amount with Tijs, although EUR30k was suggested and EUR10k annually going forward . . . ." | H-94 |
| 07/30/2015 | van Spaendonck | Howitt; Butselaar; and others | "I discussed the matter with Tijs and he is fine with supporting some charity, funded out of SFH Trust Of course, he'd like to be informed on the charities to be selected" | H-94 |
| 07/30/2015 | Howitt | van Spaendonck; Butselaar; and others | "Of course we will consult with Tijs as settlor. That is in line with the letter of wishes which states that during his lifetime, the Trustees should treat charity initiatives that Tijs personally initiates or supports as a primary beneficiary. On the basis that the only appointed beneficiary of the Trust at present is Stichting Elements of Life, and that was based on the wishes of Tijs, we will make a distribution of EUR30k to that Charity." | H-94 |