# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

February 24, 2025

**VIA ECF**
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Frank Butselaar**
      **S1 22 Cr. 560 (CS)**

Dear Judge Seibel:

I am writing, with the consent of the government, to request that the date for the parties submissions proposing how to proceed on the outstanding restitution issue be extended from February 27 to March 3.

We have requested a transcript of the sentencing proceeding and expect to receive it this week. Additionally, we have had discussions with the government about trying to reach an agreement as to how to proceed and having this brief amount of additional time will facilitate these discussions.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence
Diane Fischer
Samidh Guha

cc: All counsel (via email)